5620.

(Court of Appeal, Parish of Orleans.)

# INVESTORS REALTY COMPANY vs. J. MADISON VANCE.

Appeal dismissed on motion.

Appeal from the Civil District Court, Division "C."

Feitel & Feitel, for plaintiff and appellee.

F. B. Smith, for defendant and appellant.

ST. PAUL, J.—Considering the motion on file;
It is ordered that the appeal herein be dismissed.

June 12th, 1912.

———o———

5609.

(Court of Appeal, Parish of Orleans.)